UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Chapter 11, Subchapter V

DAY TRANSLATIONS, INC., Case No.: 8:26-bk-00386-RCT

Debtor.
_______________________________/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Approving Final Application of Stichter Riedel, Blain & Postler, P.A. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Debtor* (Doc. No. 118)) has been furnished on November 9, by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing and on November 10, 2026, by U.S. Mail to all Creditors on the court's matrix attached hereto.

*/s/ Matthew B. Hale*
Matthew B. Hale (FBN 0110600)
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229-0144
Email: mhale@srbp.com
Attorneys for Debtor