UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Chapter 11, Subchapter V

DAY TRANSLATIONS, INC., Case No.: 8:26-bk-00386-RCT

Debtor.
______________________________/

**AMENDED[1]CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Approving Final Application of Stichter Riedel, Blain & Postler, P.A. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Debtor* (Doc. No. 118)) has been furnished on November 9, by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing and on November 10, 2026, by U.S. Mail to all parties listed on the 1007-2 parties in Interest matrix attached hereto.

*/s/ Matthew B. Hale*

Matthew B. Hale (FBN 0110600)
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229-0144
Email: mhale@srbp.com
Attorneys for Debtor

[1] Amended to attach the LBR 1007-2 Parties of Interest Matrix

Label Matrix for local noticing
113A-8
Case 8:26-bk-00386-RCT
Middle District of Florida
Tampa
Tue Nov 10 10:39:18 EST 2026

Boostlingo, LLC
98 San Jacinto Blvd., #400
Austin, TX 78701-4283

Canva US, Inc.
110 E. 9th St.
Los Angeles, CA 90079-1300

Celtic Bank
268 S. State St., #300
Salt Lake City, UT 84111-5314

Chauncey, Peronto & Company, CPAs PA
212 Lake Harris Dr.
Lakeland, FL 33813-2632

Cowork Tampa
3104 N. Armenia Ave., Suite 2
Tampa, FL 33607-1658

Execu-Suites
5401 S. Kirkman Rd, Suite 368
Orlando, FL 32819-7940

Fox Funding Group, LLC
803 S. 21st Ave.
Hollywood, FL 33020-6962

Fox Funding Group, LLC
Niki Strum Esq.,
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Headway Capital, LLC
4700 W. Daybreak Pkwy., #200
Attn: Director of Operations
South Jordan, UT 84009-5133

International Workplace Group
Regus Management Group, LLC
1 Tower Place, South Tower, 7th Floor
Alpharetta, GA 30022

Kapitus, LLC
c/o Kapitus Servicing, Inc.
2500 Wilson Blvd., #350
Arlington, VA 22201-3873

Larchmont Capital
c/o Anthony F. Giuliano
Giuliano Law P.C.
445 Broadhollow Rd. Suite 25
Melville, NY 11747-3645

Larchmont Capital
503 N. Larchmont Blvd.
Los Angeles, CA 90004

Loanbuilder/PayPal
2211 N. First St.
San Jose, CA 95131-2021

MRR Software, LLC
c/o Bridget M. Dennis
Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

MRR Software, LLC
c/o Ryan C. Reinert
Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

ODK Capital, LLC
4700 W. Daybreak Pkwy, #200
Attn: Director of Operations
South Jordan, UT 84009-5133

PayPal Working Capital
Attn: Executive Escalation
P.O. Box 45950
Omaha, NE 68145-0950

Servcorp
444 West Lake St, Suite 1700
Chicago, IL 60606-0070

The Professional Centre
120 Adelaide St. West, Suite 2500
Mailbox # 329
Toronto, ON M5H 1T1
CANADA

The Yard
195 Broadway #5
Brooklyn, NY 11211-6128

WebBank
P.O. Box 757
Portsmouth, NH 03802-0757

WebBank/QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284-2978

Wells Fargo Bank
6298 W. Waters Ave.
Tampa, FL 33634-1145

Wells Fargo Card Services
P.O. Box 51193
Los Angeles, CA 90051-5493

End of Label Matrix
Mailable recipients 25
Bypassed recipients 0
Total 25